# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**JOHN HENRY FREDERICK,**

    **Plaintiff,**

**vs.**                                              **Case No.  4:19cv334-MW/CAS**

**SGT. CHUNN,**

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION

An Order was recently entered advising the pro se Plaintiff that this case could proceed as filed.  First, Plaintiff's complaint, ECF No. 1, was unsigned.  He was required to file an amended complaint which properly contained his signature as required by Rule 11(a).  ECF No. 5.

Additionally, Plaintiff did not submit either an in forma pauperis motion or pay the filing fee.  Noting that Plaintiff has three "strikes" and is not generally entitled to in forma pauperis status pursuant to 28 U.S.C. § 1915(g), Plaintiff was required to present facts showing he met the

exception of § 1915(g), that is, he was under "imminent danger."  ECF No. 5.[1]

Plaintiff has now submitted a "motion to object," ECF No. 6, and an amended complaint, ECF No. 7.  Plaintiff's "motion" has been reviewed.  However, because Plaintiff does not request any specific relief from this Court, the motion should be denied.

Plaintiff's amended complaint has also been reviewed.  ECF No. 7.  Plaintiff complains about the lack of medical care, but he does not allege facts showing that he faces imminent danger of serious physically injury.  Moreover, Plaintiff presents no facts showing that he is in danger of future injury from the Defendant.  *Id.* at 5-6.  Plaintiff's complaint, instead, alleges a claim for negligence by staff.  *Id.* at 7.  Although Plaintiff makes an unsupported asserted that Defendant Chunn is guilty of "abuse of an elderly person," *id.*, it is a conclusory assertion.  Plaintiff does not provide

---

[1] Judicial notice is taken of a recent Report and Recommendation entered by United States Magistrate Judge Hope T. Cannon which outlines the prior cases filed by Plaintiff which were dismissed for failure to state a claim or malicious.  *See* ECF No. 3 of case number 4:19cv337-MW-HTC (citing to case no. 4:18cv408-RH-MJF, dismissed as malicious; case no. 4:18cv482-WS-CJK, dismissed as malicious; case no. 6:18cv694-GAP-GJK, dismissed for failure to state a claim; case no. 6:17cv349-PGB-KRS, dismissed for failure to state a claim; and case no. 6:17cv342-GKS-GJK, dismissed for failure to state a claim).

Case No. 4:19cv334-MW/CAS

facts showing future harm or the fear of such harm.  Rather, the amended complaint is based entirely on past events.  As such, Plaintiff has not shown that he is entitled to proceed under § 1915(g).  Accordingly, it is recommended that this case be dismissed and all pending motions be denied.

It is respectfully **RECOMMENDED** that: (1) this case be **DISMISSED** pursuant to 28 U.S.C. § 1915(g) because Plaintiff has not alleged that he faces imminent danger of serious physical injury from the named Defendant; (2) that all pending motions be **DENIED**; and (3) that the Order adopting this Report and Recommendation direct the Clerk of Court to note on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(g).

**IN CHAMBERS** at Tallahassee, Florida, on September 24, 2019.

 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**