**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**JOHN HENRY FREDERICK,**

      **Plaintiff,**

**v.**                          **Case No.   4:19cv334-MW/CAS**

**SGT. CHUNN,**

      **Defendant.**

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and

Recommendation.  ECF No. 8.  Upon consideration, no objections having been filed by

the parties,

      **IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "This case is **DISMISSED** pursuant to 28 U.S.C.

§ 1915(g) because Plaintiff has not alleged that he faces imminent danger of serious

physical injury from the named Defendant. All pending motions are **DENIED**. (ECF

Nos. 3, 4, and 6) The Clerk is directed to note on the docket that this case is dismissed

pursuant to 28 U.S.C. § 1915(g)."  The Clerk shall also close the file.

      **SO ORDERED on October 24, 2019.**

                         **s/Mark E. Walker_____**
                         **Chief United States District Judge**